```
 1  JAN P. WEIR, State Bar No. 106652
    STEVEN M. HANLE, State Bar No. 168876
 2  STRADLING YOCCA CARLSON & RAUTH
    Professional Corporation
 3  660 Newport Center Drive, Suite 1600
    Newport Beach, CA 92660-6422
 4  Telephone: (949) 725-4000
    Facsimile:  (949) 725-4100
 5
    Attorneys for Plaintiff
 6  BIOGENEX LABORATORIES, INC.

 7  RON E. SHULMAN, State Bar No. 178263
    ROGER J. CHIN, State Bar No. 184662
 8  WILSON SONSINI GOODRICH & ROSATI
    Professional Corporation
 9  650 Page Mill Road
    Palo Alto, CA 94304-1050
10  Telephone: (650) 493-9300
    Facsimile:  (650) 565-5100
11
    Attorneys for Non-Party
12  VENTANA MEDICAL SYSTEMS, INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| BIOGENEX LABORATORIES, INC., | CASE NO.: C96-20151-JF |
|---|---|
| Plaintiff, | **STIPULATION OF DISMISSAL** |
| v. | |
| BIOTEK SOLUTIONS, INC., | |
| Defendant. | |

The parties hereby stipulate, by and through their respective counsel, that this action and the Application for Order to Show Cause re Contempt (Docket No. 238) are dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1), with each party to bear its own costs and attorneys' fees.

1  Dated: May 10, 2007                    STRADLING YOCCA CARLSON & RAUTH
2                                          Professional Corporation
3
4                                          By: _____
                                               Jan P. Weir
5                                          Attorneys for Plaintiff
                                           BIOGENEX LABORATORIES, INC.
6
7  Dated: May 10, 2007                    WILSON SONSINI GOODRICH & ROSATI
                                           Professional Corporation
8
9
10                                         By: _____
                                               Roger J. Chin
11                                         Attorneys for Non-Party
                                           VENTANA MEDICAL SYSTEMS, INC.
12
13    5/11/07 IT IS SO ORDERED.
14
                                           JUDGE JEREMY FOGEL, US DISTRICT COURT
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION OF DISMISSAL                   -2-
CASE NO. C C96-20151-JF